# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JAVARO THOMAS,

     Petitioner,

-vs-                                     Case No.  8:10-CV-55-T-30EAJ

SECRETARY, DEPARTMENT OF
CORRECTIONS,

     Respondent.

_____/

## ORDER

     Before the Court is Petitioner's Motion for Summary Judgment (Dkt. 6) in which Petitioner moves the Court to enter summary judgment in his favor.  Respondent has filed a limited response to Petitioner's habeas petition in which Respondent argues that the petition is untimely and should be dismissed as time-barred (Dkt. 8).  Petitioner has thirty (30) days from the date of Respondent's limited response/motion to dismiss to file a response thereto (See Dkt. 5 at pages 3-4).  After Petitioner files his response to Respondent's motion to dismiss, or the time to file the response expires, the Court will take the matter under advisement, and a decision will be forthcoming once the Court has completed its review.

     ACCORDINGLY, the Court **ORDERS** that Petitioner's Motion for Summary Judgment (Dkt. 6) is **DENIED** without prejudice.

     **DONE** and **ORDERED** in Tampa, Florida on March 25, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished to:
*Pro Se* Petitioner
Counsel of Record